THE CITY OF NEW YORK, Appellant, *v.* QUEENS COUNTY WATER COMPANY, Respondent.

*New York city — waterworks company — consent of commissioner of water supply to increase rates unnecessary.*

*City of New York* v. *Queens County Water Co.*, 202 App. Div. 844, affirmed.

(Argued January 24, 1923; decided February 27, 1923.)

APPEAL from a judgment, entered August 28, 1922, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing an interlocutory judgment of Special Term and directing a dismissal of the complaint. The action was brought by the city of New York to enjoin the defendant, a private water company, from imposing upon its delinquent customers so-called penalties allowed in an order made by the commissioner of water supply, gas and electricity, pursuant to section 472 of the New York city charter, on or about June 1, 1915, fixing rates to be charged by the defendant for water supplied its customers, but thereafter, July 3, 1918, rescinded by the successor to said commissioner. The trial court held that the commissioner had the power to rescind such provision, provided it. left the company a just and reasonable income, and that an interlocutory judgment should be entered referring it to a referee to take proof as to the reasonableness of the rescinding order and to report back with his opinion. The Appellate Division reversed upon authority of *City of New York* v. *Citizens Water Supply Co.* (199 App. Div. 169), holding that consent of the commissioner of water supply to an increase of rates was unnecessary.

*George P. Nicholson*, Corporation Counsel (*John F. O'Brien*, *Elliot S. Benedict* and *Robert J. Culhane* of counsel), for appellant.

*Franklin Grady* and *Henry de Forest Baldwin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.